IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DeWAYNE CORNELL JACKSON, | * |
| Plaintiff, | * |
| v. | Case No.  3:24-cv-27-TES-CHW |
| | * |
| ATHENS-CLARKE COUNTY POLICE DEPARTMENT, et aL, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 16, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of September, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk